Opinion issued August 1, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00625-CV

____________


CHARLES M. HADEN, JR., INDIVIDUALLY AND CHARLES MCINTYRE
HADEN, JR. & COMPANY D/B/A HADEN & COMPANY, Appellants


V.


DAVID J. SACKS, P.C. D/B/A SACKS & ASSOCIATES, Appellee






On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 722,791






O P I N I O N

 Appellants have filed a motion to dismiss their appeal. More than 10 days has
elapsed, and no objection has been filed. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed without prejudice. Tex. R. App. P.
42.1(a)(2).


 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Schneider and Justices Hedges, and Jennings.

Do not publish. Tex. R. App. P. 47.